1  JOHN H. BRINK BAR NO. 28018
2  KATHRYN E. VAN HOUTEN BAR NO. 143402
   IRSFELD, IRSFELD & YOUNGER LLP
3  100 W. Broadway, Ste. 900
   Glendale, CA 91210
4  Telephone: (818) 242-6859
   Facsimile: (818) 240-7728

5  Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:13-CV-06679 |
| Plaintiff, | CONSENT JUDGMENT |
| v. | |
| ANNETTE PAYNE-LOCHE, | |
| Defendant. | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, ANNETTE PAYNE-LOCHE, in the total amount of $8,244.95.

Dated: 1/3/14

TERRY NAFISI, CLERK
United States District Court
Central District of California

By: _____
    Deputy Clerk

1